UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOS P. DEMOPOULOS, RALPH BLASI, WILLIAM CASSESE, JOHN A. CURCIO, and KENNETH BARRETT, as Trustees and Fiduciaries of the LOCAL 854 PENSION FUND,<br><br>                     Plaintiffs,<br><br>                -against-<br><br>ALLIED TRANSIT CORP., EMPIRE STATE BUS CORP., EMPIRE CHARTER SERVICE, INC., and ANNA C. GANNES, DDS, PC,<br><br>                     Defendants | 1:25-cv-07175 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On August 28, 2025, Plaintiffs filed a Complaint seeking to modify or, in the alternative, vacate an arbitration award regarding interest rates to be applied to refunded withdrawal liability payments. Accordingly, it is hereby ORDERED that Plaintiffs shall file a petition for modification and/or vacatur, along with any supporting materials, by **September 15, 2025.** Defendants' opposition, if any, is due on **September 29, 2025**. Plaintiffs' reply, if any, is due **October 8, 2025**. Plaintiffs shall serve the petition and all supporting papers, as well as this Order, upon Defendants electronically and by overnight mail no later than **September 15, 2025**, and shall file an affidavit of such service with the court no later than **September 15, 2025.**

      SO ORDERED.

Dated: September 2, 2025
       New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge