# FRIEDMAN & ANSPACH

Attorneys at Law
1500 Broadway
New York, New York 10036
(212) 354-4500

EUGENE S. FRIEDMAN  
WILLIAM ANSPACH  
ANUSHA RASALINGAM  
_____  

BENJAMIN P. HOLLANDER

FAX:  (212) 719-9072  
www.friedmananspach.com

September 3, 2025

VIA ECF  
Hon. Jennifer L. Rochon  
United States District Court, S.D.N.Y.  
500 Pearl Street, Room 1920  
New York, NY  10007

          Re:  Demopoulos, *et al.* v. Allied Transit Corp., *et al.*  
             25-cv-07175 (JLR)

Dear Judge Rochon:

      We are counsel to the Trustees of the Local 854 Pension Fund, Plaintiffs in the referenced action. We respectfully write to request a brief extension of the deadlines set forth in your Order dated September 2, 2025 (the "Order").

      In short, the attorney at our firm with primary responsibility for drafting the papers required by your Order is on vacation through next Friday, September 12.

      We write with the consent of counsel to Defendants, Jennifer Smith, Esq.**,** to request an adjournment of the schedule set forth in the Order. That Order provides the following schedule: Plaintiffs' petition due September 15, 2025; Defendants' opposition papers due September 29, 2025; and, Plaintiffs' reply papers due October 8,2025.

      The proposed revised schedule would be as follows: Plaintiffs' petition due September 30, 2025; Defendants' opposition papers due October 21, 2025; and, Plaintiffs' reply papers due November 3, 2025.

      There have been no previous requests for an adjournment of these deadlines.

Hon. Jennifer L. Rochon
September 3, 2025
Page 2

        Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/ William Anspach

                                              William Anspach

cc: Jennifer Smith, Esq. (counsel to Defendants) (via ECF)

The Plaintiffs' request for an extension of time is GRANTED, and the parties' proposed revised schedule is hereby adopted. Plaintiffs shall file their petition by September 30, 2025; Defendants shall file their opposition by October 21, 2025; and Plaintiffs shall file their reply by November 3, 2025.

Dated: September 4, 2024
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**